# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION;<br>AMGEN MANUFACTURING, LIMITED;<br>and HOFFMANN-LA ROCHE INC.; | )<br>)<br>)  Civil Action No.:  2:16-cv-01118-CCC-JBC |
| Plaintiffs, | ) |
| v. | )  **CONSENT PRELIMINARY**<br>)  **INJUNCTION** |
| SANDOZ INC.; SANDOZ<br>INTERNATIONAL GMBH; and SANDOZ<br>GMBH; | )<br>)<br>) |
| Defendants. | )<br>) |

The Court hereby enters the following order pursuant to Rule 65(d) of the Federal Rules of Civil Procedure:

1.      Subject to the terms and conditions of the Stipulation submitted to the Court on today's date, Sandoz shall not make, use, import, offer to sell, or sell Sandoz's etanercept product, except as allowed by 35 U.S.C. § 271(e)(1).

2.      Pursuant to the Stipulation, no bond shall be required.

3.      This Order shall bind:

      a.      Sandoz, Inc.;

      b.      Sandoz Inc.'s officers, agents, servants, employees, and attorneys; and

      c.      any other persons or entities who or that are in active concert or participation with Sandoz Inc. or its officers, agents, servants, employees, and attorneys.

4.      The basis for this Order is the referenced Stipulation.

\

\

5.      The Court hereby orders the referenced Stipulation to be sealed.

**IT IS SO ORDERED.**

_____

Claire C. Cecchi
United States District Judge

8/11/16