IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION;<br>AMGEN MANUFACTURING, LIMITED;<br>and HOFFMANN-LA ROCHE INC.;<br><br>   Plaintiffs,<br> v.<br><br>SANDOZ INC.; SANDOZ<br>INTERNATIONAL GMBH; and SANDOZ<br>GMBH;<br><br>   Defendants. | Civil Action No.: 2:16-cv-01118-CCC-JBC<br><br>**PRETRIAL SCHEDULING ORDER** |

For good cause shown, the Court hereby enters the following scheduling order, which was jointly proposed by the parties:

| Event | Deadline[1] |
|---|---|
| Responses to invalidity contentions pursuant to L. Pat. R. 3.4A due | **8/19/2016** |
| L. Pat. R. 4.1(a) Disclosure of claim terms to be construed | 8/31/2016 |
| L. Pat. R. 4.2(a), (b) Disclosure of proposed constructions and supporting intrinsic and extrinsic evidence | 9/16/2016 |
| L. Pat. R. 4.2(c) Disclosure of opposing intrinsic and extrinsic evidence | 9/30/2016 |
| L. Pat. R. 4.3 Joint submission of Joint Claim Construction and Prehearing Statement | 10/17/2016 |
| L. Pat. R. 4.4 Completion of claim construction discovery | 11/16/2016 |
| L. Pat. R. 4.5(a) Opening *Markman* briefs | 12/1/2016 |
| Deadline to file any motion to amend pleadings under Federal Rule of Civil Procedure 15 or to add parties under Federal Rules of Civil Procedure 14, 19 or 20 | **12/15/2016** |
| L. Pat. R. 4.5(b) Parties' completion of expert discovery related to opening *Markman* submissions | 1/2/2017 |
| L. Pat. R. 4.5(c) Responsive *Markman* submissions | 1/25/2017 |

---

[1] Deadlines in bold have previously been set by the Court.

| | |
|---|---|
| L. Pat. R. 4.6 Claim construction hearing | **2/15/2017** |
| L. Pat. R. 3.8 Disclosure of advice of counsel | 30 days after *Markman* ruling |
| Close of fact discovery | 6/30/2017 |
| Opening expert reports for party having burden of proof | 8/25/2017 |
| Responsive expert reports | 10/13/2017 |
| Reply expert reports | 11/17/2017 |
| Close of expert discovery including depositions | 1/12/2018 |
| Last day for parties to file dispositive motions, if any | 1/19/2018 |
| Deadline to file opposition papers on dispositive motions | 21 days after opening papers |
| Deadline to file reply papers on dispositive motions | 10 days after opposition papers |
| Motion Day for hearing dispositive motions | To be set by the Court |
| Parties to submit motions *in limine*, if any | 3/9/2018 |
| Deadline for parties to respond to motions *in limine* | 3/19/2018 |
| Parties' submission of Joint Pretrial Order | 3/26/2018 |
| Pretrial Conference | **4/16/18 @ 10:00am** |
| First day of trial | **4/17/18 @ 9:00am** |
| Deadline for parties to submit proposed findings of fact and conclusions of law | 5/21/2018 |
| Deadline for parties to submit opening post-trial briefs | 5/21/2018 |
| Deadline for parties to submit responsive post-trial briefs | 6/4/2018 |
| Closing arguments | To be set by the Court |
| Status conference to discuss discovery and briefing schedule for Sandoz's application for damages incurred from stipulated preliminary injunction | To be set by the Court if Sandoz prevails on the merits |

**IT IS SO ORDERED.**

_____
Honorable Claire C. Cecchi
United States District Judge