UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

February 15, 2017

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 16-CV-1118 (CCC)

Title of Case:  IMMUNEX CORPORATION, et als. v. SANDOZ, et als. .

Appearances: Liza Walsh & Christine Gannon, Esqs., on behalf of the plaintiffs
Vernon Winters & James High, Esqs., on behalf of the plaintiffs
Drew Diamond & Dennis Smith, Esqs., on behalf of the plaintiffs
Charles H. Chevalier, David Berl & William S. Connoly, Esqs. on behalf of the plaintiffs
James Richter, Esq. on behalf of the defendant
Maureen Rurka & Merritt Westcott, Esqs. on behalf of the defendants

**NATURE OF PROCEEDINGS**: Markman Hearing

Hearing on Claim Construction.

Ordered decision reserved.

Time Commenced: 9:30 a.m.                    Time Adjourned: 3:00 p.m.

cc: chambers

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk