UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION; AMGEN MANUFACTURING, LTD.; AND HOFFMAN-LA ROCHE, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SANDOZ INC.; SANDOZ INTERNATIONAL GMBH; SANDOZ GMBH,<br><br>　　　　　　　　　Defendants. | Civil Action No. 16-1118 (CCC)<br><br><br><u>ORDER</u> |

**This Matter** having come before the Court by way of Plaintiffs' application to compel the production of privileged documents and for waiver; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons stated in the Opinion issued on this date;

**It is on this 7th day of November 2017,**

**ORDERED** that, Plaintiffs' application is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that, the Court's Opinion has been placed under temporary seal pursuant to Local Civil Rule 5.3(c)(9), due to the sensitive nature of the materials involved in the application, including allegedly privileged materials.  If they wish, the parties are directed to make a formal motion to permanently seal on the next applicable return date.

　　　　　　　　　　　　　　　　　　　　s/Mark Falk　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**