UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IMMUNEX CORPORATION; AMGEN MANUFACTURING, LTD.; AND HOFFMAN-LA ROCHE, INC.,**<br><br>                              **Plaintiffs,**<br><br>v.<br><br>**SANDOZ INC.; SANDOZ INTERNATIONAL GMBH; SANDOZ GMBH,**<br><br>                              **Defendants.** | Civil Action No. 16-1118 (CCC)<br><br><br><u>**ORDER**</u> |

**THIS MATTER** having come before the Court on this date for oral argument on outstanding discovery and case management motions; and for the reasons set forth on the record, which are incorporated herein at length; and for good cause shown;

**IT IS on this 18th day of January 2018,**

**ORDERED** that, Defendants' motion for limited reconsideration/clarification of the Court's Opinion and Order dated November 7, 2017, is **granted in part and denied in part**, subject to the conditions stated on the record; and it is further

**ORDERED** that, Defendants' motion to strike aspects of Plaintiffs' invalidity expert report is **denied**; and it is further

**ORDERED** that, Plaintiffs' motion to strike aspects of Defendants' non-

infringement expert report is **denied**; and it is further

      **ORDERED** that, the transcript of the proceedings held on this date is temporarily sealed, pursuant to Local Civil Rule 5.3(c)(9).


                              <u>s/Mark Falk</u>
                              **MARK FALK**
                              **United States Magistrate Judge**