

**WALSH**
PIZZI
O'REILLY
FALANGA

**One Riverfront Plaza**

1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 23, 2018

***VIA ELECTRONIC FILING***
Hon. Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:     ***Immunex Corporation, et al. v. Sandoz, Inc., et al.,***
        **Civil Action No. 16-1118 (CCC/MF)**

Dear Judge Falk:

This firm, together with Sidley Austin LLP, represents Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex") in the above-referenced matter.

As the Parties advised Your Honor during the January 18 hearing, the Parties have reached a resolution of Immunex's application to compel the production of documents responsive to Requests for Production Nos. 21, 28, and 29.  Enclosed please find a proposed form of order dismissing the docket entries related to this dispute, and an Affidavit attached thereto as Exhibit A.

If the proposed form of order is acceptable, we respectfully request that Your Honor enter the same.

We thank the Court for its ongoing attention to this matter and are available should Your Honor have any questions or concerns regarding this submission.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

LMW/cmm
cc:     All Counsel of Record (via ECF and E-mail)