

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

March 28, 2018

**VIA ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  **Immunex Corp., et al. v. Sandoz Inc., et al.**
          **Civil Action No. 16 CV 1118 (CCC)(MF)**

Dear Judge Cecchi:

    We, together with Winston & Strawn LLP, represent defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH ("Sandoz") in the above-referenced matter. We write to advise Your Honor that Sandoz will be prepared to proceed to trial on June 20 and therefore accepts the June 20 trial date. Sandoz will continue to work with Plaintiffs in an effort to streamline the issues for trial.

    We appreciate Your Honor's continued attention to this matter.

                            Respectfully submitted,

                            /s/Eric I. Abraham
                            ERIC I. ABRAHAM

Cc:    All Counsel of Record (via ECF and email)