

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

April 2, 2018

**VIA ECF**
Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:  <u>Immunex Corp., et al v. Sandoz, Inc. et al</u>
          Civ. No. 16-1118 (CCC/MF)

Dear Judge Falk:

     We are in receipt of Plaintiffs' March 28, 2018 letter to Your Honor regarding discovery concerning Sandoz's amended label.  We have today provided Plaintiffs' counsel with a more detailed description of the discovery that we will provide and an identification of the areas that we believe are appropriate for further meet and confer efforts.  We have asked Plaintiffs' counsel to meet and confer with us immediately, and hope that they accept our invitation.  We will advise the Court of our progress in resolving these issues without further involvement of the Court.

     We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        <u>s/s Eric. Abraham</u>
                                        ERIC I. ABRAHAM

CC:    All counsel of record via email