## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION; AMGEN MANUFACTURING, LIMITED; and HOFFMANN-LA ROCHE INC.;<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.; SANDOZ INTERNATIONAL GMBH; and SANDOZ GMBH;<br><br>Defendants. | Civil Action No.: 2:16-cv-01118-CCC-MF<br><br>**STIPULATION OF INFRINGEMENT** |

Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH ("Defendants"), by and through the undersigned counsel, hereby stipulate as follows:

1. Sandoz Inc.'s submission of abbreviated Biologics License Application ("aBLA") No. 761042 for Defendants' etanercept biosimilar, infringed claims 11-12 and 35-36 of U.S. Patent No. 8,063,182 under 35 U.S.C. § 271(e)(2)(C);

2. Sandoz Inc.'s submission of aBLA No. 761042 for Defendants' etanercept biosimilar infringed claims 3, 8, and 10 of U.S. Patent No. 8,163,522 under 35 U.S.C. § 271(e)(2)(C);

3. Defendants' making, using, offering to sell, or selling of Defendants' etanercept biosimilar within the United States, or Defendants' importation of Defendants' etanercept biosimilar into the United States, will infringe claims 11-12 and 35-36 of U.S. Patent No. 8,063,182 under 35 U.S.C. § 271(a); and

4. Defendants' making, using, offering to sell, or selling of Defendants' etanercept biosimilar within the United States, or Defendants' importation of Defendants' etanercept

biosimilar into the United States, will infringe claims 3, 8, and 10 of U.S. Patent No. 8,163,522 under 35 U.S.C. § 271(g).

The stipulations of infringement to U.S. Patent No. 8,163,522 in paragraphs 2 and 4, above, are made under the Court's August 20, 2018 claim construction ruling, without prejudice to Defendants' right to appeal that ruling.

|  |  |
|---|---|
| /s/ Liza M. Walsh | /s/ Eric I. Abraham |
| Liza M. Walsh<br>Marc Haefner<br>Christine I. Gannon<br>Colleen Maker<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, 6th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100<br><br>OF COUNSEL:<br>David T. Pritikin<br>Steven J. Horowitz<br>Richard M. Chen<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>Jeffrey P. Kushan<br>Peter S. Choi<br>Ryan C. Morris<br>SIDLEY AUSTIN LLP<br>1501 K Street N.W.<br>Washington, D.C. 20005<br>(202) 736-8700<br><br>Vernon M. Winters<br>James A. High Jr.<br>Sue Wang<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>(415) 772-1200 | Eric I. Abraham<br>Christy L. Saveriano<br>HILL WALLACK LLP<br>21 Roszel Road<br>Princeton, NJ 08543-5226<br>(609) 924-0808<br><br>James S. Richter<br>Melissa Steedle Bogad<br>WINSTON & STRAWN LLP<br>The Legal Center<br>One Riverfront Plaza, Suite 730<br>Newark, New Jersey 07102<br>(973) 848-7676<br><br>OF COUNSEL:<br>George C. Lombardi<br>Maureen L. Rurka<br>Julia Mano Johnson<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601-9703<br>(312) 558-5600<br><br>Merritt D. Westcott<br>WINSTON & STRAWN LLP<br>1111 Louisiana Street, 25th Floor<br>Houston, Texas 77002-5242<br>(713) 651-2600<br><br>*Attorneys for Defendant Sandoz Inc.* |

Samuel N. Tiu
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000

Sona De
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-530

*Attorneys for Immunex Corporation and Amgen Manufacturing, Limited*

_____
David E. De Lorenzi
Charles H. Chevalier
Christine A. Gaddis
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102

David I. Berl (*admitted pro hac vice*)
Aaron Maurer (*admitted pro hac vice*)
Thomas S. Fletcher (*admitted pro hac vice*)
Seth R. Bowers (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, D.C. 20005

*Attorneys for Hoffman-La Roche Inc.*

**SO ORDERED**

_____
**Claire C. Cecchi, U.S.D.J.**

September 10, 2018