UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: September 14, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI & JACKIE KASHMER

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 16-cv-1118 (CCC)

Title of Case:  IMMUNEX CORPORATION et al v. SANDOZ INC. et al

Appearances:   Liza M. Walsh, Marc D. Haefner, Vernon M. Winters, David T. Pritikin, James A. High, Jr., & Steven J. Horowitz, Esqs. for Plaintiffs Immunex Corporation & Amgen MFG LTD
Charles H. Chevalier & Aaron Maurer, Esq. for Plaintiff Hoffman-LaRoche, Inc.
Eric I. Abraham, Christy L. Saveriano, Maureen L. Rurka, George C. Lombardi, Julia Mano Johnson, Loren G. Rene & Merritt D. Westcott, Esqs. for Defendant Sandoz

**NATURE OF PROCEEDINGS**:          BENCH TRIAL (Non-Jury)

-Mark McCamish, M.D., Ph.D. sworn for the defendant
-Video tape deposition of Leander Lauffer, Ph.D. played to the Court for the defendant
-Lunch recess from 12:45 p.m., until 1:15 p.m.
-Video tape deposition of John Parise played to the Court for the defendant
-Trial adjourned at 2:30 p.m., to be continued on September 17, 2018 at 9:00 a.m.

Time Commenced:  9:00 a.m.

Time Adjourned:  2:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk