UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: September 17, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 16-cv-1118 (CCC)

Title of Case:  IMMUNEX CORPORATION et al v. SANDOZ INC. et al

Appearances:   Liza M. Walsh, Marc D. Haefner, Vernon M. Winters, David T. Pritikin,
James A. High, Jr., & Steven J. Horowitz, Esqs. for Plaintiffs Immunex
Corporation & Amgen MFG LTD
Charles H. Chevalier & Aaron Maurer, Esq. for Plaintiff Hoffman-LaRoche, Inc.
Eric I. Abraham, Christy L. Saveriano, Maureen L. Rurka, George C. Lombardi,
Julia Mano Johnson, Loren G. Rene & Merritt D. Westcott, Esqs. for Defendant Sandoz

**NATURE OF PROCEEDINGS**:           BENCH TRIAL (Non-Jury)

-Hansruedi Loetscher, Ph.D. sworn for the plaintiff
-Video tape deposition of Manfred Brockhaus, Ph.D. played to the Court for the defendant
-Lunch recess from 12:45 p.m., until 1:15 p.m.
-Video tape deposition of Raymond Goodwin, Ph.D. played to the Court for the defendant
-Video tape deposition of Michael Kirschner played to the Court for the defendant
-Video tape deposition of Johann Gudjonsson, M.D., Ph.D. played to the Court for the defendant
-Video tape deposition of Jeffrey D. Kittendorf, Ph.D. played to the Court for the defendant
-Video tape deposition of Stewart Lyman, Ph.D. played to the Court for the defendant
-Defendant rests.
-Plaintiff's application for partial judgment pursuant to F.R.Civ.P 52(c); the Court RESERVES
-Video tape deposition of Werner Lesslauer, Ph.D. played to the Court for the plaintiff
-Trial adjourned at 5:30 p.m., to be continued on September 18, 2018 at 9:00 a.m.

Time Commenced:  9:00 a.m.

Time Adjourned:  5:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk