

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 30, 2018

<u>**VIA ECF AND FED EX**</u>
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    *Immunex Corporation, et al. v. Sandoz, Inc., et al.,*
                **Civil Action No. 16-1118 (CCC/MF)**

Dear Judge Cecchi:

      This firm, together with Sidley Austin LLP, represents Plaintiffs Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex") in connection with the above-referenced matter. We write to submit corrected versions of Plaintiffs' Post-Trial Brief and Proposed Findings of Fact and Conclusions of Law, dated October 23, 2018 at DE nos. 645 and 648. Plaintiffs' Corrected Post-Trial Brief corrects citations or typographical errors in (i) the Table of Authorities and Table of Abbreviations and (ii) pages 7, 8, 11, 12, 15, 16 n.2, 17, 19, 21-26, 28-30, 35, 37, 38 n.8, 46, 48 and 49. Plaintiffs' Corrected Proposed Findings of Fact and Conclusions of Law corrects citations, typographical errors, or textual errors in (i) the Table of Contents and Table of Authorities and (ii) pages 2, 7, 10-13, 16-18, 21, 22, 24-31, 34, 36, 37, 41, 42, 48-51, 53, 56, 57, 59, 60, 62, 63, 65, 66, 68, 69, 72, 73, 75, 76, 78-82, 84-89, 92, 96, 97, 100, 104, 107, 110, 113, 114 and 117-125.

      We remain available should Your Honor or Your Honor's staff have any questions. We apologize for any inconvenience this causes the Court or its staff and thank the Court for its attention to this matter.

                                Respectfully submitted,

                                *s/Liza M. Walsh*

                                Liza M. Walsh

Encl.
cc:     All Counsel of Record (via ECF & email)