

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 12, 2019

*VIA ELECTRONIC FILING*
Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    *Immunex Corporation, et al. v. Sandoz, Inc., et al.,*
               *Civil Action No. 16-1118 (CCC/MF)*

Dear Judge Falk:

    This firm, together with Sidley Austin LLP, represents Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited in connection with the above-referenced matter. The Omnibus Joint Motion to Seal and filed redacted versions of the following letters is due to be filed with the Court today:

- Letter from Liza M. Walsh to the Hon. Claire C. Cecchi, U.S.D.J. and Hon. Mark Falk, U.S.M.J., dated June 6, 2019 at DE No. 671;

- Letter from Sandoz to Judge Cecchi and Judge Falk, dated June 11, 2019 at DE No. 672; and

- Letter from Liza M. Walsh to the Hon. Claire C. Cecchi, U.S.D.J. and Hon. Mark Falk, U.S.M.J., dated June 11, 2019 at DE No. 673.

    We write with the consent of all parties to respectfully request an extension until August 26, 2019 to file the redactions and the Omnibus Joint Motion to Seal the above referenced letters. The additional time is necessary to allow the parties the necessary time to coordinate and finalize both the proposed redactions as well as an Omnibus Joint Motion to Seal. We appreciate the Court's consideration of this request and, should the extension be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter.

Honorable Mark Falk, U.S.M.J.
August 12, 2019
Page 2

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and email)

SO ORDERED this ____ day of August 2019

_____
Honorable Mark Falk, U.S.M.J.