

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

August 23, 2019

**VIA ELECTRONIC MAIL**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    *Immunex Corporation, et al. v. Sandoz, Inc., et al.,*
               Civil Action No. 16-1118 (CCC/MF)

Dear Judge Cecchi:

This firm, together with Sidley Austin LLP, represents Plaintiffs Immunex Corporation and Amgen Manufacturing, Ltd. (collectively, "Immunex") in this matter.

We write to request that the time for the parties to submit a joint proposed form of final judgment is extended until September 3, 2019. The parties understand that they are to meet and confer in the interim regarding the form of judgment.

If this is acceptable, we ask that Your Honor "so order" this letter.

We thank you for your continued attention to this matter, and we are available should Your Honor or Your Honor's staff need anything further.

Respectfully submitted,

*s/Marc D. Haefner*

Marc D. Haefner

cc:    Eric I. Abraham, Esq. (via email)
        Charles Chevalier, Esq. (via email)

SO ORDERED: _____*Claire C. Cecchi*_____
Hon. Claire C. Cecchi, U.S.D.J.