IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION;<br>AMGEN MANUFACTURING, LIMITED;<br>and HOFFMANN-LA ROCHE INC.;<br><br>        Plaintiffs,<br>v.<br><br>SANDOZ INC.; SANDOZ<br>INTERNATIONAL GMBH; and SANDOZ<br>GMBH;<br><br>        Defendants. | Civil Action No.: 2:16-cv-01118-CCC-MF |

## STIPULATED PERMANENT INJUNCTION

**THIS MATTER** was brought by Plaintiffs, Immunex Corporation, Amgen Manufacturing, Limited (collectively, "Immunex") and Hoffmann-La Roche Inc. ("Roche"), against Defendants, Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH (collectively, "Defendants"). After a bench trial, the Court issued its Opinion and Order in the above-captioned case on August 9, 2019 (ECF No. 689, 690).

**IMMUNEX AND DEFENDANTS STIPULATE** as follows, and Roche does not object:

1. The Court will enter a specific form of Final Judgment and Order of Permanent Injunction in the form attached hereto and Defendants agree to be bound by its terms.

2. Immunex and Defendants waive the entry of findings of fact and conclusions of law under Rule 65 of the Federal Rules of Civil Procedure.

3. Defendants, and each of them, and each of their affiliates, subsidiaries, successors, and partners, and all of their officers, agents, servants, employees, and attorneys, and all persons and entities acting on behalf or at the direction of, or in active concert or participation or privity with any of them, are hereby enjoined from making, using, offering to sell, or selling

within the United States, or importing into the United States any product containing etanercept. This paragraph does not restrict Defendants' activities that fall within the scope of 35 U.S.C. § 271(e)(1). This permanent injunction shall terminate no later than the later of the expiration of any infringed and valid claim of the '182 Patent on November 22, 2028 or any infringed and valid claim of the '522 Patent on April 24, 2029.

4.      Upon issuance of the Court's permanent injunction in the form of the attached, the prior stipulated preliminary injunctions and Orders thereon (ECF Nos. 95, 96, 509, and 510) will be terminated, except that Paragraph 5(b) of Confidential ECF No. 510 remains in effect until the issuance of a mandate from the Federal Circuit and Paragraph 8 of Confidential ECF No. 510 remains in effect until the conclusion of (or expiration of time to seek) review by the United States Supreme Court of the Federal Circuit's decision and shall terminate if any one of claims 11-12 and 35-36 of the '182 Patent or claims 3, 8, and 10 of the '522 Patent is not rendered invalid following the conclusion of (or expiration of time to seek) such review.

5.      In view of this permanent injunction, the Court need not order permanent injunction discovery.

Date:   October 7, 2019

/s/ Liza M. Walsh
Liza M. Walsh
Marc D. Haefner
Christine I. Gannon
Eleonore Ofosu-Antwi
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL:

David T. Pritikin (*admitted pro hac vice*)

Steven J. Horowitz (*admitted pro hac vice*)
Richard M. Chen (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Vernon M. Winters (*admitted pro hac vice*)
Sue Wang (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200

Jeffrey P. Kushan (*admitted pro hac vice*)
Peter S. Choi (*admitted pro hac vice*)
Ryan C. Morris (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8700

Samuel N. Tiu (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000

Sona De (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Wendy Whiteford (*admitted pro hac vice*)
J. Drew Diamond (*admitted pro hac vice*)
Dennis Smith (*admitted pro hac vice*)
Joseph E. Lasher (*admitted pro hac vice*)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

*Attorneys for Immunex Corporation and Amgen Manufacturing, Limited*

Date: October 7, 2019 /s/ Eric I. Abraham

Eric I. Abraham
HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08543-5226
(609) 924-0808

OF COUNSEL:

George C. Lombardi (*admitted pro hac vice*)
Maureen L. Rurka (*admitted pro hac vice*)
Julia Mano Johnson (*admitted pro hac vice*)
James M. Hilmert (*admitted pro hac vice*)
Dan H. Hoang (*admitted pro hac vice*)
Loren G. Rene (*admitted pro hac vice*)
Karalena M. Guerrieri (*admitted pro hac vice*)
Michael A. Meneghini (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600

Thomas M. Melsheimer (*admitted pro hac vice*)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500

Merritt D. Westcott (*admitted pro hac vice*)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, Texas 77002-5242
(713) 651-2600

James S. Richter
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

Noorossadat Torabi (*admitted pro hac vice*)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025

4

(650) 858-6500

*Attorneys for Defendants Sandoz Inc., Sandoz International GMBH, and Sandoz GMBH*

SO ORDERED:

Dated: October 8, 2019

_____
Hon. Claire C. Cecchi, U.S.D.J.

5