

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 21, 2019

**VIA ELECTRONIC FILING**
Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: *Immunex Corporation, et al. v. Sandoz, Inc., et al.,*
Civil Action No. 16-1118 (CCC/MF)

Dear Judge Falk:

This firm, together with Sidley Austin LLP, represents Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited in connection with the above-referenced matter. We submit this letter on behalf of all parties to extend the deadline for Plaintiffs to file a Bill of Costs and accompanying motion to tax the same.

As the prevailing parties in this litigation, Local Rule 54.1 allows Plaintiffs to file a Bill of Costs together with a Motion to tax the same within 30 days after the entry of final judgment. As the Parties are currently engaged in an appeal of this action to the Federal Circuit, the Parties have agreed to enlarge the time in which Plaintiffs may file any bill of costs and motion to tax same, and any motion for attorney fees (including but not limited to an exceptional case determination pursuant to 35 U.S.C. § 285 or other bases for the award of attorneys' fees and/or costs), to 30 days from the issuance of the mandate of the court of appeals.

We appreciate the Court's consideration of this request and, should the extension be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

1500 Market Street | 12th Floor, East Tower | Philadelphia, PA 19102 | T: 215.246.3400 | F: 973.757.1090
1745 Broadway | 17th Floor | New York, NY 10019 | T: 212.380.1043 | F: 973.757.1090

Honorable Mark Falk, U.S.M.J.
October 21, 2019
Page 2

cc:	All Counsel of Record (via ECF and email)

SO ORDERED this 22 day of October 2019

*/s/ Hon. Mark Falk, U.S.M.J.*