

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

November 4, 2019

***VIA ECF***

Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: *Immunex Corp., et al. v. Sandoz, Inc., et al.*
> *Civil Action No. 16 CV 1118 (CCC)(MF)*

Dear Judge Falk:

    We, together with Winston & Strawn LLP, represent defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH ("Sandoz") in the above-referenced matter. The joint motion to seal redacted versions of the following letters is due to be filed with the Court today:

- September 3, 2019 Letter from Liza M. Walsh (D.E. 699)
- September 3, 2019 Letter from Eric I. Abraham (D.E. 700)
- September 6, 2019 Letter from Eric I. Abraham (D.E. 703)
- September 6, 2019 Letter from Liza M. Walsh (D.E. 704)
- September 16, 2019 Letter from Liza M. Walsh (D.E. 707)
- September 16, 2019 Letter from Eric I. Abraham (D.E. 708)
- September 24, 2019 Letter from Liza M. Walsh (D.E. 711)
- October 1, 2019 Letter from Liza M. Walsh (D.E. 715)
- October 7, 2019 Letter from Liza M. Walsh (D.E. 716)
- October 7, 2019 Letter from Eric I. Abraham (D.E. 717)

    We write with the consent of all parties to respectfully request an extension of two weeks to file the redactions and joint motion to seal the above referenced letters. The parties require the additional

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

time to coordinate and finalize both the proposed redactions and the joint motion to seal. If this brief extension is acceptable, we ask that Your Honor "so order" this letter.

We thank the Court for its attention to this matter. Respectfully submitted,

/s/ Eric I. Abraham
ERIC I. ABRAHAM

cc:   All Counsel of Record (via ECF)

SO ORDERED this 5 day of November 2019

_____
Honorable Mark Falk, U.S.M.J.