

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

November 7, 2019

***VIA ECF***

Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

     Re:  <u>**Immunex Corp., et al. v. Sandoz Inc., et al.**</u>
            *Civil Action No. 16 CV 1118 (CCC)(MF)*

Dear Judge Falk:

    We, together with Winston & Strawn LLP, represent defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH ("Sandoz") in the above-referenced matter.  On behalf of all parties, we respectfully request that the Court unseal the trial transcripts listed on the docket at entries 725-731.  These are the afternoon transcripts for September 11-13, 18, 20, and 24, and the full day transcript for September 25.  All counsel agree that they contain no confidential information and do not need to be sealed.

    We thank the Court for its attention to this matter.

                          Respectfully submitted,

                          <u>/s/ Eric I. Abraham</u>
                          ERIC I. ABRAHAM

cc:    All Counsel of Record (via ECF)

                SO ORDERED this ___ day of November 2019

                _____
                Honorable Mark Falk, U.S.M.J.