Liza M. Walsh
Marc Haefner
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Plaintiffs Immunex Corporation*
*and Amgen Manufacturing, Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION; AMGEN MANUFACTURING, LIMITED; and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC.; SANDOZ INTERNATIONAL GMBH; and SANDOZ GMBH, <br><br> Defendants. | Civil Action No. 16-1118 (CCC/MF) <br><br> **NOTICE OF WITHDRAWAL** <br><br><br> *Electronically Filed* |

**PLEASE TAKE NOTICE** that Colleen M. Maker of the law firm Walsh Pizzi O'Reilly Falanga LLP withdraws her appearance on behalf of Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex"), in the above captioned matter and request removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Immunex will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and Sidley Austin LLP and that Liza M. Walsh has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Plaintiff for purposes of the Case Management/Electronic Filing System.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: December 23, 2019

*s/Liza M. Walsh*
Liza M. Walsh