IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION;<br>AMGEN MANUFACTURING, LIMITED;<br>and HOFFMANN-LA ROCHE INC.;<br><br>        Plaintiffs,<br>  v.<br><br>SANDOZ INC.; SANDOZ<br>INTERNATIONAL GMBH; and SANDOZ<br>GMBH;<br><br>        Defendants. | Civil Action No.: 2:16-cv-01118-CCC-MF<br><br>*Electronically Filed* |

## STIPULATED CORRECTIONS TO TRANSCRIPTS

**THIS MATTER** was brought by Plaintiffs, Immunex Corporation, Amgen Manufacturing, Limited (collectively, "Immunex") and Hoffmann-La Roche Inc. ("Roche"), against Defendants, Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH (collectively, "Defendants"). After a bench trial, the parties were supplied with transcripts of the trial in which certain errata were identified, those errata have, however, not previously been corrected.

**IMMUNEX AND DEFENDANTS NOW HEREBY STIPULATE** to the corrections to the transcripts attached to this Stipulation as Exhibits 1-7, and Roche does not object.

SO ORDERED:

Dated: Jan 13, 2020

_____
Hon. Claire C. Cecchi, U.S.D.J.