# United States Court of Appeals for the Federal Circuit

**IMMUNEX CORPORATION, AMGEN MANUFACTURING, LIMITED,**
*Plaintiffs-Appellees*

**HOFFMANN-LA ROCHE INC.,**
*Plaintiff*

v.

**SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH,**
*Defendants-Appellants*

2020-1037

Appeal from the United States District Court for the District of New Jersey in No. 2:16-cv-01118-CCC-MF, Judge Claire C. Cecchi.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

July 1, 2020      /s/ Peter R. Marksteiner
                               Peter R. Marksteiner
                               Clerk of Court