

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1014
mhaefner@walsh.law

November 24, 2020

**VIA ELECTRONIC FILING**

Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    RE:    *Immunex Corporation, et al. v. Sandoz, Inc., et al.,*
              **Civil Action No. 16-1118 (CCC/MF)**

Dear Judge Falk:

    This firm, together with Sidley Austin LLP, represents Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex") in connection with the above-referenced matter. Due to the upcoming holiday, we write to respectfully request that the deadline to file the Reply in further support of the Motion to Tax Costs be extended one week from November 30, 2020 until December 7, 2020. Counsel for Plaintiff, Hofmann-La Roche Inc., and counsel for Defendants have consented to this application.

    If the requested extension is acceptable to Your Honor, we respectfully request that Your Honor "So Order" the letter and have it entered in the docket. As always, we thank the Court for its attention to this matter, and we remain available should Your Honor or Your Honor's staff require anything further.

                              Respectfully submitted,

                              *s/Marc D. Haefner*

                              Marc D. Haefner

cc:    All Counsel of Record (via ECF and email)

                              SO ORDERED this 25th day of
                              November, 2020

                              ___s/Mark Falk_____
                              Honorable Mark Falk, U.S.M.J.